Eastern District of Kentucky
FILED

APR 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 7:25-cr-018-DLB
**18 U.S.C. § 2422(b)**

**JASON W. BACK**

* * * * *

**THE GRAND JURY CHARGES:**

On or about March 6, 2023, and continuing until on or about March 9, 2023, in Magoffin County, in the Eastern District of Kentucky,

**JASON W. BACK**

did knowingly persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the Third Degree under Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2422(b).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years up to life.

**PLUS:** Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:** Restitution, if applicable.